FILED
CLERK, U.S. DISTRICT COURT

07/13/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREL DESJON JANUARY,<br><br>    Defendant. | ED CR No. 5:22-cr-00167-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1036(a)(4), (b)(1): Attempted Entry by False Pretenses to a Secure Area of an Airport] |
|---|---|

The Grand Jury charges:

[18 U.S.C. §§ 1036(a)(4), (b)(1)]

On or about January 13, 2022, in Riverside County, within the Central District of California, defendant JEREL DESJON JANUARY attempted to enter a secure area of Palm Springs International Airport ("PSP") by fraud and false pretenses and with the intent to commit a felony, namely, Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D). Specifically, defendant JANUARY attempted to enter a secure and restricted area of PSP by swiping a Security

Identification Display Area ("SIDA") badge that had been issued to and belonged to another person, S.L., at pedestrian gate number 19A. Defendant JANUARY knew that the SIDA badge had not been issued to and did not belong to him, that he did not have permission or authority from PSP to possess or use the SIDA badge, and that he was not entitled to enter the secure and restricted area. When confronted by law enforcement, defendant JANUARY falsely stated that he worked at PSP, when in fact, as he then knew, such statement was false and made with the intent to deceive law enforcement in order to enter the secure and restricted area.

A TRUE BILL

_____
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

RYAN P. MANSELL
Assistant United States Attorney
Riverside Branch Office