UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. 5:22-cr-00167-JGB-1     Date: April 23, 2025

Present: The Honorable: Shashi H. Kewalramani, U.S. Magistrate Judge

Interpreter

| Dana Cisneros | RS-CS-4 | Tritia Lindsay Yuen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Jerel Desjon January | X | | X | David J. Kaloyanides, CJA | X | X |

**Proceedings: ORDER TO SHOW CAUSE/ REVOCATION HEARING – HELD**

 The Court called the matter. Assistant United States Attorney for the Central District of California Tritia Lindsay Yuen appeared on behalf of the Government. CJA Panel attorney David J. Kaloyanides appeared with Defendant Jerel Desjon January. Also present was U.S. Probation and Pretrial Officer Ashley Webb and Joe Torres. Following discussion between the Court and the parties, the Government moved to dismiss the Order to Show Cause. No further action will be taken, and the Defendant shall remain on bond.

 **IT IS SO ORDERED**.

CC: PSA

:45
Initials of Deputy Clerk  DC